NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLIX INC.,**

*Plaintiff-Appellant*

**v.**

**APPLE INC.,**

*Defendant-Appellee*

---

2021-2203

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01869-LPS, Judge Leonard P. Stark.

---

**JUDGMENT**

---

THOMAS BURT, Wolf Haldenstein Adler Freeman & Herz LLP, New York, NY, argued for plaintiff-appellant. Also represented by LILLIAN GRINNELL, MARK C. RIFKIN. Also argued by DAVID A. LOEWENSTEIN, Pearl Cohen Zedek Latzer Baratz LLP, New York, NY. Also represented by SARAH ELIZABETH BENOWICH, GUY YONAY.

MARK ANDREW PERRY, Weil, Gotshal & Manges LLP, Washington, DC, argued for defendant-appellee. Also represented by H. MARK LYON, Gibson, Dunn & Crutcher LLP,

Palo Alto, CA; CYNTHIA RICHMAN, Washington, DC; DANIEL GLEN SWANSON, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CHEN and CUNNINGHAM, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

December 6, 2022          /s/ Peter R. Marksteiner
    Date                       Peter R. Marksteiner
                               Clerk of Court